PEOPLE V FLOYD ALLEN, No. 151843; Court of Appeals No. 318560. The parties shall address whether the second-offense habitual-offender

enhancement set forth under MCL 769.10 may be applied to the sentence prescribed under MCL 28.729(1)(b).

*Leave to Appeal Denied November 4, 2015:*